JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **ANTHONY FRANK MODICA, et al.,** <br><br> Defendants. | Case No. CV 13-03710 WDK (PLAx) <br><br> **JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendants Anthony Frank Modica and Richard Joseph Modica, individually and d/b/a Modica's Deli, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendants, Anthony Frank Modica and Richard Joseph Modica, individually and d/b/a Modica's Deli as follows:

(a) defendants Anthony Frank Modica and Richard Joseph Modica, individually and d/b/a Modica's Deli, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages plus attorneys' fees in the amount of

$530.00 plus costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: October 3, 2014

_____
William Keller
United States District Judge